FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2021

No. 04-21-00095-CV

**MEAT SUPPLY, LLC**,
Appellant

v.

**510 GOOD LATIMER, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11151
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Sitting:  Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Lori I. Valenzuela, Justice

Appellant's reply brief is currently due September 7, 2021. On September 3, 2021, appellant filed an opposed motion requesting an extension of that deadline until October 7, 2021. After consideration, we **GRANT** appellant's motion and **ORDER** appellant to file its reply brief **by October 7, 2021**.

It is so **ORDERED** September 13, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT